IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| MINNIE HICKMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:15-cv-05054-TER |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the Defendant's Motion for Entry of Judgment With Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and with the consent of the Plaintiff, it is hereby

ORDERED that Defendant's Motion is granted. The Court hereby reverses the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the case to the Commissioner for further administrative proceedings.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

August 8, 2016

Florence, South Carolina

---

[1] A separate judgment will be entered pursuant to the Federal Rules of Civil Procedure, Rule 58.