UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MINNIE HICKMON, | ) | Civil Action No. 4:15-5054-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon motion for approval of the Parties' Joint Stipulation evidencing their agreement for attorney's fees pursuant to the Equal Access to Justice Act (EAJA).  *See* 28 U.S.C. §2412.  The parties have agreed to stipulate that an award of $3,845.88 in attorney fees under the EAJA is reasonable in this case.

Upon review of the material submitted to the court, the motion for approval of the Parties' Joint Stipulation for Attorney's Fees is granted and the stipulation approved, as outlined in the Joint Stipulation.[1]  The Commissioner shall pay the Plaintiff attorney's fees under the EAJA in the amount of $3,845.88.

Payment of the fees noted herein shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  This award is without prejudice to the right of Plaintiff to seek attorney fees under Section 206(b) of the Social Security Act, subject to the offset provisions of the EAJA.

---

[1] Pursuant to the Joint Stipulation the previously filed petition for EAJA fees is withdrawn.

Further, the award of fees shall be made payable to the Plaintiff, but delivered to the office of Plaintiff's counsel. *See Astrue v. Ratliff*, 560 U.S. 586, 596-98 (2010).

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

September 19, 2016
Florence, South Carolina

2